IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOISE CASCADE COMPANY,<br><br>　　　　Plaintiff,<br>　v.<br><br>NEW ENGLAND TREATMENT ACCESS, LLC,<br><br>　　　　Defendant. | Civil Action No. **1:19-cv-10738** |

**CORPORATE DISCLOSURE STATEMENT OF BOISE CASCADE COMPANY**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Plaintiff Boise Cascade Company ("Boise Cascade") states that it is publicly held, that Blackrock, Inc. owns approximately 16% of Boise Cascade's stock, and Vanguard Group, Inc. owns approximately 12.59% of Boise Cascade's stock.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　By: */s/    David Viens*
　　　　　　　　　　　　　　Joseph Seckler, BBO #550309
　　　　　　　　　　　　　　David Viens, BBO #664281
　　　　　　　　　　　　　　Morrison Mahoney LLP
　　　　　　　　　　　　　　446 Main Street, Suite 1010
　　　　　　　　　　　　　　Worcester MA  01608
　　　　　　　　　　　　　　Phone: 508-757-7777
　　　　　　　　　　　　　　JSeckler@morrisonmahoney.com
　　　　　　　　　　　　　　DViens@morrisonmahoney.com


　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　BOISE CASCADE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 17, 2019.

 /s/ *David Viens*
_____