IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOISE CASCADE COMPANY,<br><br>       Plaintiff,<br>  v.<br><br>NEW ENGLAND TREATMENT ACCESS, LLC,<br><br>       Defendant. | Civil Action No. 1:19-cv-10738-NMG |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND PARTIES' REPORT OF SETTLEMENT**

Plaintiff Boise Cascade Company and Defendant New England Treatment Access, LLC hereby report to the Court that they have reached an agreement in which the above-captioned matter would be resolved without further assistance of the Court. The Parties are in the process of memorializing the terms of the settlement and intend for the settlement to be completed within the next 45 days. As such, the Parties wish and request to extend the scheduling conference currently scheduled for July 30, 2019 at 3:15 p.m., and to similarly extend all applicable deadlines set forth in Rules 16(b) and 26(f), Federal Rules of Civil Procedure, and Local Rule 16.1.

The Parties respectfully request that the Court set the scheduling conference for a date convenient for the Court, but not less than 45 days from the date of the current July 30th scheduling conference in order to allow the Parties to finalize the settlement agreement.

Dated: July 23, 2019

Respectfully submitted,

By: */s/ David Viens*
Joseph Seckler, BBO #550309
David Viens, BBO #664281
Morrison Mahoney LLP
446 Main Street, Suite 1010
Worcester MA  01608
Phone: 508-757-7777
JSeckler@morrisonmahoney.com
DViens@morrisonmahoney.com


Salumeh R. Loesch (admitted *Pro Hac Vice*)
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, OR  97204
Phone: (503) 595-5300
Salumeh.loesch@klarquistsparkman.com

*Attorneys for Plaintiff*
BOISE CASCADE COMPANY


By: */s/ Jenevieve Maerker*
David Kluft, BBO No. 658970
Jenevieve Maerker, BBO No. 670266
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000
dkluft@foleyhoag.com
jmaerker@foleyhoag.com

Shabnam Malek (admitted *Pro Hac Vice*)
Brand & Branch LLP
1305 Franklin Street, Suite 220
(510) 984-4285
shabnam@brandandbranch.com

*Attorneys for Defendant*
NEW ENGLAND TREATMENT ACCESS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served on all known counsel of record via ECF on July 23, 2019.

/s/ *David Viens*
David Viens