IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOISE CASCADE COMPANY,<br><br>        Plaintiff,<br>  v.<br><br>NEW ENGLAND TREATMENT ACCESS, LLC,<br><br>        Defendant. | Civil Action No. 1:19-cv-10738-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to the above action hereby stipulate to the dismissal of the action pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, and without costs, all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted,<br><br>By: */s/ David Viens*<br>Joseph Seckler, BBO #550309<br>David Viens, BBO #664281<br>Morrison Mahoney LLP<br>446 Main Street, Suite 1010<br>Worcester MA 01608<br>Phone: 508-757-7777<br>JSeckler@morrisonmahoney.com<br>DViens@morrisonmahoney.com<br><br>Salumeh R. Loesch (admitted *Pro Hac Vice*)<br>Klarquist Sparkman, LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, OR 97204<br>Phone: (503) 595-5300<br>Salumeh.loesch@klarquistsparkman.com<br><br>*Attorneys for Plaintiff*<br>BOISE CASCADE COMPANY | By: */s/ Shabnam Malek*<br>David Kluft, BBO #658970<br>Jenevieve Maerker, BBO #670266<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA  02210-2600<br>(617) 832-1000<br>dkluft@foleyhoag.com<br>jmaerker@foleyhoag.com<br><br>Shabnam Malek (admitted *Pro Hac Vice*)<br>Brand & Branch LLP<br>1305 Franklin Street, Suite 220<br>(510) 984-4285<br>shabnam@brandandbranch.com<br><br>*Attorneys for Defendant*<br>NEW ENGLAND TREATMENT ACCESS, LLC |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served on all known counsel of record via ECF on September 6, 2019.

*/s/ David Viens*
David Viens